# Order

Michigan Supreme Court
Lansing, Michigan

May 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158302

MEEMIC INSURANCE COMPANY,
      Plaintiff/Counterdefendant-
      Appellant,

v

LOUISE M. FORTSON and RICHARD A.
FORTSON, Individually and as Conservator
for JUSTIN FORTSON,
      Defendants/Counterplaintiffs-
      Appellees.
_____/

SC: 158302
COA: 337728
Berrien CC: 2014-000260-CK

On order of the Court, the application for leave to appeal the May 29, 2018 judgment of the Court of Appeals is considered, and it is GRANTED. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



Clerk

d0515